FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jan 20 2026

KEVIN P. WEIMER, Clerk

By: s/ Neethu Varghese
    Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Tommy Bush

**CRIMINAL COMPLAINT**

Case Number: 1:26-MJ-0060

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about January 19, 2026 in Clayton County, in the Northern District of Georgia, defendant(s) did, knowingly possess with intent to distribute at least 5 kilograms containing a mixture and substance containing a detectable amount of cocaine,

in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

I further state that I am an Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

*Nasim Fraser*
Signature of Complainant
Nasim Fraser

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

January 20, 2026     at     Atlanta, Georgia
Date                         City and State

J. ELIZABETH MCBATH
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer       *J. Elizabeth McBath*
                                         Signature of Judicial Officer

AUSA Paul Jones
Paul.Jones@usdoj.gov

ATTEST: A TRUE COPY
CERTIFIED THIS

Date: Jan 20 2026

KEVIN P. WEIMER, Clerk

By: s/ Neethu Varghese
    Deputy Clerk

# AFFIDAVIT

I, Nasim Fraser, hereby depose and state the following:

## INTRODUCTION AND AGENT BACKROUND

1. I am a Special Agent (SA) with the Department of Homeland Security, U.S. Immigration & Customs Enforcement (ICE), Homeland Security Investigations (HSI), I have been employed by HSI since November of 2016. I am currently assigned to the Office of the Special Agent in Charge, Atlanta, Georgia, Hartsfield-Jackson International Airport Group, Border Enforcement Security Task Force ("BEST").  Prior to joining HSI, and three years into my employment, I was a soldier in the U.S. Army Reserves

2. I am a graduate of the Criminal Investigator Training Program (CITP) and the Homeland Security Investigations Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, where I received training in violations of criminal and immigration law, criminal organizations (to include drug trafficking organizations) and the preparation and execution of search warrants and arrest warrants. I hold a bachelor's degree in criminal justice and an associate degree in Business Management.

3. The information contained in this affidavit is not an exhaustive account of everything your affiant knows about this case. Rather, it contains only the facts that your affiant believes are necessary to establish probable cause in support of a criminal complaint against Tommy BUSH for violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

4. The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation.

## RELEVANT STATUTES

5. This investigation concerns alleged violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), that is, possession with intent to distribute a controlled substance, to wit, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine.

## DETAILS OF INVESTIGATION

6. On or about January 19, 2026, officers from the Atlanta Police Department (APD) were patrolling Hartsfield-Jackson Atlanta International Airport as assigned.

7. At approximately 2253 hours, APD Officer F. Brumant observed suspicious behavior from Tommy BUSH. BUSH at the time was walking inside the airport with a grey

suitcase. Officer F. Brumant described BUSH as nervous. BUSH approached Officer F. Brumant and stated, "this ain't my suitcase."

8. Due to Officer F. Brumant previously observing BUSH walking with the grey suitcase as if it was his and then now stating it is not his, Officer F. Brumant detained BUSH to further investigate.

9. The grey suitcase that BUSH was carrying was bare, in that it contained no "bag tag" or identifying features. However, BUSH was seen by APD officers walking through the airport with the suitcase as if it were his. APD officers collectively believed that BUSH had stolen the suitcase from the north terminal baggage claim area, as others have done in the past.

10. APD officers reviewed the airport surveillance footage. The footage showed BUSH walking though the north terminal baggage claim area with the grey suitcase at approximately 2241 hrs.

11. Due to BUSH stating that the suitcase was not his, APD officers desired to find the owner of the suitcase. APD officers opened the suitcase and discovered 10 individually wrapped rectangular shaped "bricks" consistent with packaging of cocaine, heroin, or fentanyl.

12. APD Officer G. Walker contacted HSI SA Fraser and told him the above. SA Fraser arrived on scene and field tested the "bricks" with a TruNarc Narcotics Analyzer. The "bricks" yielded a presumptive positive for cocaine. The gross weight of the 10 "bricks" was approximately 11 kilograms (24 pounds).

13. SA Fraser and APD Detective M. Mercure, introduced themselves to BUSH. SA Fraser showed his credentials to BUSH. SA Fraser asked BUSH for his name, date of birth, and where he was from for identification purposes. BUSH stated his full name, date of birth, and that he is not from Atlanta, but is from South Carolina.

14. SA Fraser then read BUSH his Miranda rights. BUSH invoked his right to remain silent and therefore was not interviewed. BUSH was arrested and transported to the Clayton County Jail by Officer G. Walker.

## **CONCLUSION**

15. Based on the foregoing, your affiant believes that there is probable cause that on or about January 19, 2026, in Atlanta, Georgia in the Northern District of Georgia, Tommy BUSH did violate Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).